UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUAVA, LLC, | CASE NO. 13-cv-00319 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Guava, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

GUAVA, LLC

DATED: March 11, 2013

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for Plaintiff
      40 South 7th Street
      Suite 212 – 307
      Minneapolis, MN 55402
      Telephone: (888) 588-9473
      mkdugas@livewireholdings.com

1